# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DONALD BETHEA,                           : No. 60 EM 2016
:
            Petitioner             :
:
:
:
        v.                          :
:
:
:
COMMONWEALTH OF PENNSYLVANIA,             :
AND COURT OF COMMON PLEAS OF             :
PHILADELPHIA,                            :
:
            Respondents            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.